UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENTERTAINMENT AND HARBOR CRUISES LLC, AND M/V SIR WINSTON (O.N. 1189123) *In rem* | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: |
| v. | ) ) | |
| WINSTON LEE KNAUSS, TRUSTEE OF THE WINSTON LEE KNAUSS REVOCABLE LIVING TRUST DDT 12/7/98, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

NOW COMES the Plaintiffs, Entertainment and Harbor Cruises LLC, ("EHC"), and M/V SIR WIINSTON (O.N. 1189123) ("Vessel") (collectively "Plaintiffs"), by and through its undersigned counsel, and for its complaint against the Defendant, Winston Lee Knauss, Trustee of the Winston Lee Knauss Revocable Living Trust DDT 12/7/98, ("Defendant") hereby states:

## PARTIES

1. Entertainment and Harbor Cruises LLC, is a Florida limited liability company with a principal address of 1150 NW 72nd Ave Tower 1 STE 455 #3960 Miami, Florida 33126.

2. M/V SIR WINSTON is a commercial vessel (O.N. 1189123) operating out of Quincy, Massachusetts.

3. Defendant is a revocable trust with an address of 1830 Werner Drive, Alva, Florida 33920.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S. Code § 1333 and 46 U.S. Code § 31343 and this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

5. Venue lies within this District under the provisions of 46 U.S. Code § 31343, the Vessel is located in the Commonwealth of Massachusetts.

## STATEMENT OF FACTS

6. On or about May 10, 2021, EHC executed a promissory note in the amount of $1,500,000.00 for a term of three years at a simple interest rate of 6% annum ("Promissory Note"). **Exhibit 1**.

7. EHC was to make monthly interest only payments to the Defendant in the amount of $7,5000.00 with a balloon payment due in three years from the date of closing.

8. The Promissory Note was to be secured by a First Preferred Ship's Mortgage ("Preferred Mortgage").

9. The Preferred Mortgage and Bill of Sale were recorded by the National Vessel Documentation Center ("NVDC").

10. Plaintiff made all payments timely required by the Promissory Note.

11. On April 15, 2024, EHC and the Defendant entered into an Agreement ("Agreement") to modify the Promissory Note. **Exhibit 2.**

12. The Agreement required the Plaintiff to pay the Defendant 1,000,000.00 on April 20, 2024, and 500,000.00 on August 31, 2024.

13. The Agreement stated that all other terms remain the same.

14. Once the balance was reduced to $500,000, the total interest due per month was $2,500.

15. Plaintiff paid monthly installments due under the Promissory Note to the Defendant as required and made a final payment of $500,000.00 on August 15, 2024.

16. EHC fulfilled its obligations under the Promissory Note.

17. Defendant has Failed to discharge the Vessel's Preferred Mortgage and extinguish the lien as required.

18. Refusing to issue a satisfaction of mortgage upon full and final discharge of the Preferred Mortgage and extinguishing the Lien is causing the Plaintiffs harm in that he has lost the sale of the Vessel for $3,700,000 and other ways as will be shown at trial.

19. Defendant's refusal to discharge the Preferred Mortgage has resulted in EHC's inability to sell the Vessel.

20. Plaintiffs have suffered hardship as a result of Defendant's failure to fulfill its obligations under 46 U.S. Code Title 313.

21. Plaintiff has incurred additional expenses as a direct result of Defendant's failure to discharge the Preferred Mortgage.

**CAUSES OF ACTION**
COUNT I
Declaratory Relief under 46 U.S. Code § 31321 and 46 U.S. Code § 31309

22. The allegations of paragraph nos. 1 through 21 of this Complaint are incorporated as if fully set forth herein.

23. The Promissory Note for payment to the Defendant was executed by EHC and secured by a Preferred Mortgage.

24. The Preferred Mortgage and Bill of Sale were recorded by the National Vessel Documentation Center ("NVDC") on May 20, 2021, in accordance with 46 U.S. Code § 31321.

25. EHC has fulfilled its contractual obligations to the Defendant under the Promissory Note and Preferred Mortgage.

26. Defendant has failed to discharge the Preferred Mortgage and extinguish the Lien on the Vessel in accordance with 46 U.S. Code § 31343.

27. Defendant's conduct constitutes a violation as stated under 46 U.S. Code § 31309.

28. As a result, the Plaintiff is entitled to an order that the indebtedness has been satisfied and that the Preferred Mortgage be deemed satisfied at NVDC.

## COUNT II
## UNFAIR AND DECEPTIVE TRADE PRACTICES

29. The allegations of paragraph nos. 1 through 28 of this Complaint are incorporated as if fully set forth herein.

30. The Defendant's failure to discharge the Preferred Mortgage despite being paid by the EHC is dishonest, and in bad faith.

31. As a result of the Defendants conduct in failing to discharge the Preferred Mortgage and extinguish the Lien, EHC has suffered injury.

32. The Defendants conduct in accepting payments from EHC in accordance with the Promissory Note and failing to discharge the Preferred Mortgage and extinguish the Lien, constitutes an unfair and deceptive trade or business practice in violation of the provisions of Massachusetts General Laws, Chapter 93A §§2 and 11, which has caused EHC to suffer damages.

## **RELIEF SOUGHT**

WHEREFORE, Plaintiffs, requests that this Honorable Court:

1. Enter judgment in favor of the Plaintiffs, and against the Defendant;

2. Enter a declaratory judgment that EHC has satisfied its obligations under the Promissory Note and as a result the Preferred Mortgage be deemed satisfied at the National Vessel Documentation Center.

3. Award Plaintiffs damages under 46 USC 31309;

4. Award Plaintiffs multiple damages pursuant to Massachusetts General Laws Chapter 93A §§2 and 11;

5. Award Plaintiffs interest, litigation costs, and attorneys' fees; and

6. Award Plaintiffs such other and further relief as this Honorable Court may deem just and proper.

 

Respectfully submitted,
Entertainment Harbor Cruises LLC
SIR WINSTON (O.N. 1189123)

_/s/ David S. Smith_
David S. Smith, Esq.
BBO No.: 634865
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, Massachusetts 01970
Tel: 978-744-8918
e-mail: dsmith@fsofirm.com

Dated: August 28, 2024